UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD DANIEL AREVALO-FUENTES,

Petitioner,

v.

BRUCE SCOTT, et al.,

CASE NO. C26-1878-BAT

**ORDER DENYING MOTIONS**

Petitioner Edward Daniel Arevalo-Fuentes has filed a petition for writ of habeas corpus under 28 U.S.C. § 2242 challenging his detention by U.S. Immigration and Customs Enforcement. Dkt. 1. Along with his petition, petitioner filed documents titled Motion for Order to Show Cause (Dkt. 3) and Motion for Order (Dkt. 4).

The Motion for Order to Show Cause asks the Court to issue a proposed order (1) directing the respondents to show cause why the relief requested in the petition should not be granted and (2) enjoining and restraining respondents from transferring petitioner outside of the jurisdiction of this Court for the duration of this action. Dkt. 3. The Court has issued its standard scheduling order directing respondents to show cause and establishing a briefing schedule for the return and traverse. Dkt. 5. The order further directs respondents to provide petitioner at least 48 hours' notice prior to any action to move or transfer petitioner from this District or to remove

ORDER DENYING MOTIONS - 1

him from the United States. *Id.* Petitioner has presented no argument as to why he is entitled to greater protection from transfer or removal than that provided by the Court's standard scheduling order. Accordingly, petitioner's Motion for Order to Show Cause (Dkt. 3) is DENIED.

The Motion for Order (Dkt. 4) does not contain a substantive request for the Court but is instead a proposed order granting the petition. The Court will consider the petition as set forth in the Court's scheduling order. Accordingly, the Motion for Order (Dkt. 4) is DENIED.

DATED this 2nd day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTIONS - 2